# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**WINSTON O. and MARJORIE JENNISON,**

CASE NO. 06CV6945

   **Plaintiffs,**

v.

**PFIZER, INC.,**

   **Defendant.**

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiffs and counsel for the Defendant that the Complaint of Plaintiffs, Winston O. and Marjorie Jennison, is hereby dismissed without prejudice:

1. Plaintiffs are Winston O. and Marjorie Jennison; Defendant is Pfizer, Inc.;

2. On November 7, 2006, Plaintiffs sued Defendant;

3. Plaintiffs move to dismiss their claims against Defendant;

4. Defendant has not answered these claims;

5. This case is not a class action;

6. A receiver has not been apointed to this action;

7. Plainitffs have not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiffs or a representative of Plaintiffs attempt to refile their claims against Defendant, they shall do so only by filing in Federal Court.

Respectfully submitted:

SIMMONSCOOPER LLC

Dated: January 3, 2007

_____
Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)
*Attorneys for Plaintiffs*

1
2
3  Dated: 1/9, 2007
4
5
6
7
8

**GORDON & REES**

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
(415) 986-5900 (Tel.)
(415) 986-8054 (Fax)
*Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINITFF'S CLAIMS ARE DISMISSED**.

Dated: Jan.12, 2007

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer